`Motion GRANTED.`

*[Signature]*

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

UNITED STATES OF AMERICA

V                                           CASE NO. 3:10 CR-00163 (20)
                                            JUDGE TRAUGER
**KARLOS TAYLOR**
_____/

### MOTION TO JOIN AND ADOPT CO-DEFENDANT'S MOTION
### TO SUPPRESS TITLE III WIRETAP EVIDENCE

Comes Now the Defendant Karlos Taylor by and through his undersigned counsel and respectfully files with this Honorable Court his Motion to Join and Adopt the Motion to Suppress (DE 685) previously filed by counsel for co-defendant Anthony Brooks. In support of this Motion, the Defendant would state the following:

1. The issues raised in co-defendant Brooks' motion apply equally to Defendant Taylor.

2. In an abundance of caution to protect his clients rights the undersigned wishes to join this motion because the facts and law as provided in co- defendant Brooks' motion and memorandum of law appear to be equally applicable to Defendant Taylor. The Government alleges by Indictment they have evidence of an intercepted telephone call where Mr. Taylor is seeking to borrow money from co-defendant Lonnie Newsome to purchase a firearm.

3. If Defendant Taylor filed a separate motion in this case, the information contained in that motion would be quite similar.