IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| LONNIE NEWSOME, *et al*. | ) | |

**O R D E R**

The pending motions to extend the pretrial motion filing deadline (Docket Nos. 750, 751, 753) are **GRANTED**. The following new deadlines will apply to all defendants in this case:

1. Pretrial motions shall be filed by November 7, 2011, with responses due November 22, 2011.

2. The deadline for the court to be notified that a defendant intends to plead guilty is **RESET** for Friday, December 16, 2011, at 5:00 p.m.

It is so **ORDERED**.

ENTER this 30th day of September 2011.

_____
ALETA A. TRAUGER
U.S. District Judge