Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:10-000163-5 |
| v. ) | |
| ) | JUDGE TRAUGER |
| ) | |
| ANTHONY BROOKS ) | |

**DEFENDANT BROOKS' MOTION TO ADOPT
ALL APPLICABLE MOTIONS OF CO-DEFENDANTS**

Defendant, Anthony Brooks ("Brooks"), respectfully requests that this Honorable Court allow him to adopt all applicable motions of his co-defendants. In support of this Motion, Brooks states as follows:

1. This case involves numerous defendants and a multi-count indictment.

2. Out of an abundance of caution and in the interest of judicial economy, Brooks wishes to adopt the motions of his co-defendants that are applicable to Brooks.

                                        Respectfully Submitted:

                                        /s Deanna Bell Johnson
                                        Deanna Bell Johnson
                                        Post Office Box 2494
                                        Brentwood, TN 37027
                                        (615) 403-6622