Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

**MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION FOR PRE-TRIAL DETERMINATION OF ADMISSIBILITY OF CO-CONSPIRATORS' STATEMENTS (DOCKET ENTRY 815)**

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum for Pre-trial Determination of Admissibility of Co-Conspirators' Statements Pursuant to Rule 801(d)(2)(E) Federal Rules of Evidence (Docket Entry 815).

Respectfully submitted,

HODDE & ASSOCIATES
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson