**Motion GRANTED.**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00163-27 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

**MOTION TO ADOPT CO-DEFENDANT WILLIAMSON'S MOTION TO COMPEL NOTICE OF INTENT TO OFFER EVIDENCE OF OTHER CRIMES, WRONGS OR ACTS (DOCKET ENTRY 786)**

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Williamson's Motion to Compel Notice of Intent to Offer Evidence of Other Crimes, Wrongs or Acts (Docket Entry 786).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson