

Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| **KEAIRUS WILSON** | ) | |

### MOTION TO ADOPT CO-DEFENDANT ALLEN'S MOTION AND SUPPORTING MEMORANDUM OF LAW TO COMPEL THE EARLY PRODUCTION OF *BRADY* OR *GIGLIO* MATERIAL (DOCKET ENTRIES 827 & 832)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Allen's Motion to Compel the Early Production of *Brady* or *Giglio* Material (Docket Entries 827 & 832).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson