**Motion GRANTED.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| **KEAIRUS WILSON** | ) | |

## MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION AND MEMORANDUM TO INCREASE PEREMPTORY CHALLENGES (DOCKET ENTRY 818)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum to Increase Peremptory Challenges (Docket Entry 818).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson