Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION AND MEMORANDUM FOR DISCLOSURE OF IMPEACHING INFORMATION (DOCKET ENTRY 814)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum for Disclosure of Impeaching Information (Docket Entry 814).

          Respectfully submitted,

          **HODDE & ASSOCIATES**
          40 Music Square East
          Nashville, TN  37203
          (615) 242-4200


BY:   s/ Kimberly S. Hodde
        KIMBERLY S. HODDE
        Attorney for Defendant Wilson