Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION FOR EARLY DISCLOSURE OF JURY PANEL INFORMATION (DOCKET ENTRY 813)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion for Early Disclosure of Jury Panel Information (Docket Entry 813).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN  37203
(615) 242-4200


BY:     s/ Kimberly S. Hodde
          KIMBERLY S. HODDE
          Attorney for Defendant Wilson