Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT WILLIAMSON'S MOTION FOR BILL OF PARTICULARS (DOCKET ENTRY 798)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Williamson's Motion for Bill of Particulars (Docket Entry 798).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY:  s/ Kimberly S. Hodde
     KIMBERLY S. HODDE
     Attorney for Defendant Wilson