**Motion GRANTED.**

# IN THE UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION TO COMPEL DISCLOSURE OF ANY PREFERENTIAL AGREEMENTS (DOCKET ENTRY 810)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion to Compel Disclosure of any Preferential Agreements (Docket Entry 810).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY: s/ Kimberly S. Hodde
KIMBERLY S. HODDE
Attorney for Defendant Wilson