Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

### MOTION TO ADOPT CO-DEFENDANT HALL'S MOTION AND MEMORANDUM TO COMPEL THE GOVERNMENT TO DISCLOSE MATERIAL WITNESSES (DOCKET ENTRY 816)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum to Compel the Government to Disclose Material Witnesses (Docket Entry 816).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200

BY: s/ Kimberly S. Hodde
     KIMBERLY S. HODDE
     Attorney for Defendant Wilson