Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| KEAIRUS WILSON | ) | |

**MOTION TO ADOPT CO-DEFENDANT HALL'S
MOTION AND MEMORANDUM TO REVIEW ANTICIPATED
COURTROOM SECURITY MEASURES (DOCKET ENTRY 817)**

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and hereby moves to adopt Co-Defendant Hall's Motion and Memorandum to Review Anticipated Courtroom Security Measures (Docket Entry 817).

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY:   s/ Kimberly S. Hodde
         KIMBERLY S. HODDE
         Attorney for Defendant Wilson