Motion GRANTED.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| **KEAIRUS WILSON** | ) | |

## MOTION TO ADOPT CO-DEFENDANTS WILLIAMSON AND HALL'S MOTIONS TO SEVER DEFENDANTS (DOCKET ENTRIES 799, 811 & 812)

**COMES NOW** the Defendant, **Keairus Wilson**, by and through his undersigned counsel, and, in the addition to the analysis and rational set forth in his own Motion to Sever Defendants (Docket Entry 900) hereby moves to adopt Co-Defendant Williamson and Hall's Motions to Sever Defendants (Docket Entries 799, 811 & 812) and resounds the arguments set forth therein.

Respectfully submitted,

**HODDE & ASSOCIATES**
40 Music Square East
Nashville, TN 37203
(615) 242-4200


BY:   s/ Kimberly S. Hodde
       KIMBERLY S. HODDE
       Attorney for Defendant Wilson