Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 3:10-00163 |
| | ) | JUDGE TRAUGER |
| MONTEZ HALL, ET AL. | ) | |

## DEFENDANT MONTEZ HALL'S MOTION TO ADOPT SEVERAL PRE-TRIAL MOTIONS OF DEFENDANT RONDARIUS WILLIAMSON

Comes the Defendant, Montez Hall, through undersigned counsel, and hereby respectfully requests that he be permitted to adopt several pretrial motions filed by codefendant Rondarius Williamson in this matter:

1. Motion for the Court to pay for care of dependent children and family members of single parents who are selected as jurors (Docket Entry 766);

2. Motion for daily trial transcript (Docket Entry 768);

3. Motion to Compel Notice of Intent to Offer Evidence of Other Crimes, Wrongs, or Acts. (Docket Entry 786);

4. Motion to preclude the government from introducing interpretations of the accused's words and or phrases (Docket Entry 788);

5. Motion for jury questionnaire. (Docket Entry 789); and

6. Motion for a Bill of Particulars (Docket Entry 798).