UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE TENNESSEE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | Judge Trauger |
| CEDRIC WOODS, | ) | |
|     Defendant. | ) | |

**DEFENDANT WOODS' MOTION TO ADOPT SPECIFIC PRE-TRIAL MOTIONS OF CO-DEFENDANTS.**

Comes now the Defendant, Cedric Woods, by and through counsel, and respectfully requests that the Court allow him to adopt specified pre-trial motions filed by the co-defendants in this case.

1.) At the outset, the Defendant would show the Court that he is charged under a thirty-three (33) count (superceding) indictment. He is charged with:

    *Conspiracy to Participate in Racketeering Activity (Count One);

    *Conspiracy to Use/Carry Firearm During and Relation to a Crime of Violence (Count 23);

    *Conspiracy to Distribute Narcotics (Count 24);

    *Murder in Aid of Racketeering (Count 28);

    *Use and Carrying a Firearm During and in Relation to Crime of Violence (Count 29); and

    *Murder Resulting from the Use and Carrying of Firearms During and in Relation to Crime of Violence (Count 30).