Motion GRANTED.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) No. 3:10-000163 |
| **v.** | ) |
| | ) **JUDGE TRAUGER** |
| | ) |
| **ANTHONY BROOKS** | ) |

### DEFENDANT BROOKS' MOTION TO JOIN CO-DEFENDANTS' MOTION FOR RELIEF FROM GOVERNMENT'S PROPOSED LIMITATIONS

Defendant, Anthony Brooks ("Brooks"), respectfully requests that this Honorable Court allow him to join the Motion For Relief From Government's Proposed Limitations (D.E. 1110) filed by co-defendants Wilson and Williamson.

Respectfully Submitted:

/s Deanna Bell Johnson
Deanna Bell Johnson
Post Office Box 2494
Brentwood, TN 37027
(615) 403-6622
Attorney for Brooks

1