IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [4] TIM ALLEN | ) | |
| [5] ANTHONY BROOKS | ) | |
| [8] KERRY PETTUS | ) | |
| [10] DESHAUNE JONES | ) | |
| [13] AARON GOOCH | ) | |
| [23] SHAWN HOWELL | ) | |
| [28] MONTEZ HALL | ) | |
| [29] CEDRIC WOODS | ) | |

**O R D E R**

The various Motions For Early Disclosure of Jencks Act Material filed by the above defendants (Docket Nos. 803, 804, 805, 819, 825, 841, 847, 858, 877, 896, 911) are **DENIED AS MOOT**. The government has agreed to produce Jencks Act material prior to trial, and by Order entered May 23, 2011 (Docket No. 612), the court has ordered Jencks Act material to be made available to defense counsel by January 31, 2012, which is two weeks before the beginning of the trial.

It is so **ORDERED**.

ENTER this 4th day of January 2012.

_____
ALETA A. TRAUGER
U.S. District Judge