Motion GRANTED.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CASE NO. 3:10-00163 |
| | ) | JUDGE TRAUGER |
| MONTEZ HALL, ET AL. | ) | |

## DEFENDANT MONTEZ HALL'S MOTION TO ADOPT CERTAIN MOTIONS IN LIMINE FILED BY OTHER CODEFENDANTS

Comes now the Defendant, Montez Hall, through undersigned counsel and hereby moves the Court to adopt the following Motions in Limine filed by Defendant Wilson in this matter.

1. Motion in Limine number 6 (Rumor/Word on the Street)

2. Motion in Limine number 7 (photograph of Brandon Mohammed in coffin).

**Respectfully Submitted,**

**s/ Jeffery S. Frensley**
**JEFFERY S. FRENSLEY, ESQ. #17358**
211 Third Avenue North
P. O. Box 198288
Nashville, Tennessee 37219
615-256-2111