Motion GRANTED.

*[signature]*

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:10-00163 |
| | ) | |
| | ) | JUDGE TRAUGER |
| | ) | |
| RONDARIUS WILLIAMSON | ) | |

**MOTION TO ALLOW DEFENDANT'S RETURN TO STATE CUSTODY**

COMES NOW THE ACCUSED, RONDARIUS WILLIAMSON, by and through counsel, John Bailey, and hereby moves this Honorable Court to allow his return to state custody during the pendency of this federal case. In support of this pleading, counsel states the following:

1. Rondarius Williamson was in state custody, serving a state sentence, at the time he was charged in the instant case. Since the commencement of the prosecution in the instant case, Mr. Williamson has been in the Marshall's custody.

2. At the conclusion of the June 28, 2012, evidentiary hearing in Mr. Williamson's case, undersigned counsel, at Mr. Williamson's request, asked this Court whether it would consider returning Mr. Williamson to state custody prior to his September 6, 2012, sentencing hearing before this Court. The Court inquired of both the government and the Marshalls whether they had any objection. When neither voiced any objection, the Court indicated that it would grant such a request. The Court then requested for undersigned counsel to attempt to work out the arrangements with