## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [32] KENNETH GADDIE, a/k/a "K.G." | ) | |

### O R D E R

This defendant is in fugitive status and has been severed from the other defendants in this case. (Docket No. 549) It is hereby **ORDERED** that this case as to defendant Kenneth Gaddie shall be **ADMINISTRATIVELY CLOSED** until Mr. Gaddie is apprehended, at which point the government may move to reopen his case.

It is so **ORDERED**.

ENTER this 13th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge