# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [23] SHAWN HOWELL | ) | |

## **O R D E R**

Upon this court's request, the Probation Office has looked into the matter of the detainer pending against Mr. Howell, who is serving a state sentence concurrent with his federal sentence. The Memorandum prepared by the Probation Office is attached to this Order, and it is hereby **ORDERED** that this Memorandum shall be filed along with this Order by the Clerk.

As this Memorandum reflects, the federal detainer will remain in effect until the defendant has served his federal time while in state custody, anticipated to be June 8, 2014. When he has finished his federal time, if he is still in state custody, the federal detainer will be released.

It is so **ORDERED.**

Enter this 14th day of September 2012.

_____
ALETA A. TRAUGER
United States District Judge