# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:10-00163 |
| | ) | Judge Trauger |
| [28] MONTEZ HALL | ) | |
| | ) | |

## O R D E R

The court has conferred with the United States Marshal and informs the defendant as follows. When he was sentenced in this case, he was "borrowed" from the State of Tennessee's correction system, where he was serving a 12-year sentence for facilitation of second degree murder. After his sentencing in federal court, he was returned to state authorities, where he will remain to serve the remainder of his state sentence. After he completes his state sentence, he will then be turned over to federal authorities for the service of his federal sentence. His federal sentence does not run concurrently with his state sentence. Why he is serving his state sentence in a county jail, as opposed to a state prison, is not clear to the court, but this federal court can do nothing about where the defendant is serving his state sentence.

It is hereby **ORDERED** that, to the extent the defendant's letter to the court requests relief from this court (Docket No. 1915), it is **DENIED**.

It is so **ORDERED.**

Enter this 7th day of December 2012.

_____
ALETA A. TRAUGER
United States District Judge