Motion GRANTED.
Hearing reset for
5/6/13 at 3:00 p.m.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | NO. 3:10-cr-163-25 |
| | ) | JUDGE TRAUGER |
| | ) | |
| [25] RODNEY BRITTON | ) | |

### MOTION TO RESET REVOCATION HEARING

COMES NOW the United States of America, by and through Assistant United States Attorney Scarlett M. Singleton, and respectfully requests that the Court continue the supervised release revocation hearing in this matter currently set for Thursday, April 11, 2013.

In support of the motion, counsel for the government, who has been in contact with the United States Probation Office, submits that the defendant's state court hearing originally scheduled for April 5, 2013, has been continued until May 3, 2013. The allegations against the defendant in state court and before this Court are substantially the same.

Counsel for the government respectfully requests a resetting of the hearing after the defendant's May 3, 2013, state court hearing to a date and time convenient to the Court's schedule.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant U. S. Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151