UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

**Motion GRANTED.**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 3:10-00163-32 |
| | ) | JUDGE TRAUGER |
| [32] KENNETH GADDIE a/k/a K.G. | ) | |

## MOTION TO REOPEN CASE

The United States of America ("Government"), by and through the undersigned Assistant United States Attorney, hereby files this Motion to Reopen the case pertaining to Defendant Gaddie. In support of this motion, the government submits that the defendant has been arrested on the federal warrant that was issued on February 18, 2011. The government would further submit that the defendant is currently in the custody of the United States Marshals Service in Chicago, Illinois, and should be transported to the Middle District of Tennessee in the near future.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant U. S. Attorney
110 9th Avenue South, Suite A-96l
Nashville, Tennessee 37203
(615)736-5151